## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LARRY COLEMAN,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 14-CV-354-JHP-TLW |
| **MACY'S RETAIL HOLDINGS, INC.,** | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this action stipulate that the action is to be dismissed with prejudice, with each party to bear his or its own costs.

Respectfully submitted,

/s/ Terry A. Hall
TERRY A. HALL, OBA #10668
HALL, NALLEY & HOLLOWAY, PLLC
4000 N Kickapoo
Shawnee, Oklahoma 74804
Phone (918) 948-6982
Fax (405) 260-9330
thall@okhnhlaw.com

ATTORNEYS FOR PLAINTIFF
(signed by filing attorney with permission of Plaintiff's attorney)

/s/ Jo Anne Deaton
JO ANNE DEATON, OBA #5938
RHODES, HIERONYMUS, JONES,
    TUCKER & GABLE, P.L.L.C.
P.O Box 21100
Tulsa, Oklahoma 74121
Phone (918) 582-1173
Fax (918) 592-3390
jdeaton@rhodesokla.com

ATTORNEYS FOR DEFENDANT
MACY'S RETAIL HOLDINGS, INC.

## CERTIFICATE OF SERVICE

I certify that on the 30th day of July, 2015 I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:    Terry A. Hall

/s/Jo Anne Deaton, OBA #5938

4847-3769-9608, v.  1